PROB22
(12/2016)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (*Tran. Court*): 7:17CR00431-003 |
|---|---|
| | DOCKET NUMBER (*Rec. Court*): 2:25-cr-00273-RFB-BNW-1 |

| NAME AND ADDRESS OF SUPERVISED PERSON: **Cepeda-Santiago, Wanda** Las Vegas, Nevada | DISTRICT: Southern District of Texas | DIVISION: McAllen |
|---|---|---|
| | NAME OF SENTENCING JUDGE: Randy Crane | |
| | DATES OF PROBATION/ SUPERVISED RELEASE  From: 06/10/2025 | To: 06/09/2028 |

✓ FILED  ____ RECEIVED
____ ENTERED  ____ SERVED ON
SEP 08 2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ AMMj DEPUTY

OFFENSE:

**Conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1341 and 1349.**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Southern District of Texas, McAllen Division:

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada, Las Vegas Division, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

August 27, 2025                                              [signature]
Date                                                         Honorable Scott Hacker
                                                             United States Magustrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the District of Nevada, Las Vegas Division:

IT IS HEREBY ORDERED that, jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/10/2025                                                    [signature]
Effective Date                                               United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Wanda Cepeda-Santiago

Case No.: TO BE DETERMINED

REQUESTING ACCEPTANCE OF JURISDICTION

September 8, 2025

TO: The Honorable United States District Judge
District of Nevada

On April 30, 2024, Cepeda was sentenced in the Southern District of Texas to 6 months custody, followed by three years of supervised release for committing the offense of Conspiracy to Commit Mail Fraud. Supervised release commenced on June 10, 2025, in the District of Nevada.

Cepeda has resided in Nevada since commencement of her supervised release. She has a strong support system and familial ties in Nevada. She plans to reside here for the duration of her supervised release.

It is respectfully requested that transfer of jurisdiction be accepted to the District of Nevada to allow us to address any violation conduct with an appropriate sanction.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2025.09.08 11:19:52 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2025.09.08 10:27:00 -07'00'

Steve M Goldner
Supervisory United States Probation Officer

ADDENDUM TO PETITION (Probation Form 12)
RE: Wanda Cepeda-Santiago